Form 27 - GENERAL PURPOSE
         **MAYERSON & ASSOCIATES**
         **ATTN:**
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY
-------------------------------------------------------
                                                              Index No. **08 CV 02785**
D.A. AND M.A. ON BEHALF OF M.A.          plaintiff
                                                              Date Filed  . . . . . . . . . . . .
              - against -
                                                              Office No.
NEW YORK CITY DEPARTMENT OF              defendant
EDUCATION                                                     Court Date:   / /
-------------------------------------------------------
       STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**BRETT M. GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
      That on the  **17th  day of March, 2008**    at  **03:55 PM.**,                          at
      **%MICHAEL A. CARDOZO, ESQ. C.N.Y. LAW DEPT.**
      **100 CHURCH ST, 4TH FL. NEW YORK, NY 10007**
I served a true copy of the
      **SUMMONS AND COMPLAINT**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
      **TAMEKIA MENDES GAMMON, AUTHORIZED TO ACCEPT.**

a true copy of each thereof.

      Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
         SEX: **FEMALE**         COLOR: **BLACK**         HAIR: **BLACK**
         APP. AGE: **27**        APP. HT: **5:6**         APP. WT: **125**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
17th  day of  March, 2008g


                                                    . . . . . . . . . . . . . . . . . . . . . . . . . .
JOEL GOLUB                                          BRETT M. GOLUB   1239212
Notary Public, State of New York                    AETNA  CENTRAL  JUDICIAL   SERVICES
   No. 01G04751136                                  225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                          NEW YORK, NY, 10007
Commission Expires 12/31/2009                       Reference No: 7MA7117820

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

D.A. and M.A., on behalf of M.A.
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV 02785

New York City Department of Education
Defendant

TO: (Name and address of defendant)

MICHAEL A. CARDOZO, ESQ.
CITY OF NEW YORK LAW DEPARTMENT
100 CHURCH STREET - 4TH FLOOR
NEW YORK - NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mayerson & Associates
Attn: Gary S. Mayerson
330 West 38th Street, Suite 600
New York, New York 10580

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 17 2008

CLERK

DATE

(BY) DEPUTY CLERK