USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE ATTORNEYS' FEES CONSOLIDATED      :
CASES                                   :    MASTER FILE
                                        :    07 Civ. 8640 (DLC)
This Document Relates to:               :
                                        :    ORDER
ALL ACTIONS                             :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

At an initial pretrial conference April 10, 2008, held in M.M. on behalf of D.M. v. Department of Education of the City of New York, No. 07 Civ. 8640 (DLC), the parties agreed that that action was the first-filed of several related actions, assigned to various judges of this Court but sharing common issues of law possibly ripe for collective resolution (the "related actions"). An Order dated April 10, 2008, directed the parties to provide the Court, by April 25, with a letter outlining the universe of related actions, the common issues of which the parties requested this Court to resolve. The April 10 Order also directed the defendant to file, no later than May 30, 2008, a "motion on the common issues among no more than five of the related actions."

The parties did not provide the Court with the requested letter on April 25; thus, an Order of May 7, 2008, directed that all related actions filed by June 27, 2008, the date defendant's

motion was to be fully submitted, would be automatically consolidated for pretrial purposes and for resolution of the common issues. An Order of June 10, 2008, has consolidated the related actions under this caption.

The Court's docket reflects that the defendant has not filed the motion referred to in the April 10 Order. Accordingly, it is hereby

ORDERED that the defendant show cause on or before June 13, 2008, at noon, why the plaintiffs' applications in the related actions should not be granted in full. Defendant should make its submission in writing, by letter no longer than two pages.

SO ORDERED.

Dated:  New York, New York
        June 10, 2008

                                                DENISE COTE
                                  United States District Judge

2